UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLER KOSTECKI d/b/a<br>TYKO CONSTRUCTION,<br><br>    Plaintiff,<br><br>  v.<br><br>WILDHORSE MANAGEMENT,<br>JAMES WEISHAAR,<br>WILLIAM WEISHAAR, and<br>CHRIS WEISHAAR,<br><br>    Defendants. | Case No. 24-cv-02159-JPG |

## MEMORANDUM AND ORDER

This case is before the Court on Plaintiff Tyler Kostecki d/b/a TYKO Construction's Motion to Voluntarily Dismiss with Prejudice (Doc. 31). The Court construes the motion as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or motion for summary judgment. The notice itself effects the immediate dismissal of the suit; no further action by the Court is necessary. *Smith v. Potter*, 513 F.3d 781, 782 (7th Cir. 2008). The defendants have not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is DISMISSED with prejudice and DIRECTS the Clerk of Court to close the case. As a result of the dismissal, Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 20) is DENIED as moot.

**IT IS SO ORDERED.**
**DATED**:  October 8, 2025

                                                                              s/ J. Phil Gilbert

**J. PHIL GILBERT**
**United States District Judge**

2